UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN SOUSOURIS )
    Plaintiff )
 )
v. ) Civil Action No. 04-11628-RCL
 )
DELTA AIRLINES INC., )
    Defendant )

## ORDER OF RECUSAL

LINDSAY, D.J.

I hereby recuse myself with respect to the above-entitled action, because of my association in private law practice with counsel representing the defendant.

/s/ REGINALD C. LINDSAY
United States District Judge

DATED:    December 2, 2004