UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11628-RGS

```
                                      )
JOHN SOUSOURIS                        )
    Plaintiff                         )
                                      )
Vs.                                   )
                                      )
DELTA AIR LINES, INC.                 )
    Defendant                         )
                                      )
```

JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the parties hereby submit the following Agenda for Scheduling Conference, Proposed Pretrial Schedule, and Certification. There are no areas of dispute with regard to the Proposed Pretrial Schedule.

On January 5, 2005, counsel for the parties conferred pursuant to Local Rule 16.1.

## I. Agenda of Matters to be Discussed at Scheduling Conference

A. Proposed Pretrial Schedule

1. Discovery Plan
2. Motion Schedule
3. Pretrial Conference
4. Any matter listed in FRCP 16(c), or which the Court deems appropriate.

B. Mediation/Alternative Dispute Resolution-At this time, the parties are not interested in pursuing alternative dispute resolution.

C. Trial by Magistrate Judge-At this time, the parties are not willing to have this case tried by a Magistrate Judge.

D. Plaintiff's Settlement Proposal

## II. Proposed Pretrial Schedule

### A. Discovery Plan

1. **Deadline for the Completion of Fact Discovery: September 28, 2005**

Discovery shall be served so that the responses shall be due or depositions shall be completed by September 28, 2005. For the time being, the parties agree that the discovery shall be conducted pursuant to the limitations set forth in Local Rule 26.1(C). Neither party waives the right to seek leave of court to conduct discovery beyond that provided for in the Local Rules. Should either party determine that discovery beyond the limitations set forth in Local Rule 26.1 (C) is needed, such party will endeavor to reach agreement on the issue with opposing counsel before raising it with the Court.

All discovery motions shall be filed by October 17, 2005. In the event that any contested discovery issues have not been resolved by October 31, 2005, the summary judgment deadline in Section II(B)(1) and all subsequent deadlines shall be extended to thirty days after resolution of the contested discovery issues.

### B. Motion Schedule

1. Motions for Summary Judgment pursuant to Rule 56 shall be filed by **November 28, 2005**. The Opposition to the Motion for Summary Judgment shall be filed by **December 28, 2005**.

If any part of the case survives following motions for summary judgment, the parties will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to FRCP 2(a)(2) within 45 days of the Court's summary judgment decision. Depositions of any such experts will be completed within 90 days of that decision.

## III. Certification By Counsel and Parties

Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Plaintiff and Plaintiff that they have conferred on the matters set forth in that Rule is attached hereto.

Pursuant to Local Rule 16.1 (D)(3), the certification from counsel for Defendant and Defendant that they have conferred on the matters set forth in that Rule is attached hereto.

John Sousouris
By his attorney


_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700


Delta Air Lines, Inc.
By its attorneys,


_____
Richard L. Alfred
Krista G. Pratt
Seyfarth Shaw
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 0210-2028
617-946-4800


## CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that I served a copy of the foregoing Document upon counsel for all other parties to this action by ~~first class mail, postage prepaid~~, this ____ day of _____, 2005.


_____
Mitchell J. Notis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Civil Action No. 04-11628-RGS

2005 JAN 20 P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN SOUSOURIS )
   Plaintiff )
)
Vs. )
)
DELTA AIR LINES, INC. )
   Defendant )
)

LOCAL RULE 16.1 CERTIFICATION

    John Sousouris, Plaintiff in the above-captioned action, and Mitchell J. Notis, counsel to Plaintiff Sousouris in this action, hereby certify and confirm that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and
b. to consider the resolution of this litigation through the use of alternative dispute resolution programs.

_____
John Sousouris

_____
Mitchell J. Notis
Law office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360

FILED
IN CLERKS OFFICE

2005 JAN 20  P 3: 25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| John Sousouris )<br>        Plaintiff, )<br>                           )<br>v.                         )     Civil Action No. 04-11628 RGS<br>                           )<br>Delta Air Lines, Inc. )<br>        Defendant. )<br>                           )| |

### Certification Regarding Costs and Alternate Dispute Resolution

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**Delta Air Lines**                                **Seyfarth Shaw LLP**

By: _____      By: _____
    Andrew Fisher, Esq.                        Krista Green Pratt, BBO # 644741

                                                           SEYFARTH SHAW LLP
                                                           Two Seaport Lane, Suite 300
                                                           Boston, MA 02210
                                                           (617) 946-4800

Dated: January 20, 2005

---

**Certificate of Service**
I hereby certify that a true copy of the above document was served by first-class mail, postage prepaid, upon the attorney of record for the plaintiff on November 30, 2004    1/20/05
                                                     Richard J. Alfred  K. Pratt

BO1 15092431.1