UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Civil Action No. 04-11628-RGS

2005 JAN 20 P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN SOUSOURIS )
   Plaintiff )
  )
Vs. )
  )
DELTA AIR LINES, INC. )
   Defendant )

LOCAL RULE 16.1 CERTIFICATION

    John Sousouris, Plaintiff in the above-captioned action, and Mitchell J. Notis, counsel to Plaintiff Sousouris in this action, hereby certify and confirm that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and
b. to consider the resolution of this litigation through the use of alternative dispute resolution programs.

_____
John Sousouris

_____
Mitchell J. Notis
Law office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360