FILED
IN CLERKS OFFICE

2005 JAN 20 P 3:25

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John Sousouris<br>    Plaintiff,<br><br>v.<br><br>Delta Air Lines, Inc.<br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-11628 RGS<br>)<br>)<br>)<br>)<br>) |

### Certification Regarding Costs and Alternate Dispute Resolution

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**Delta Air Lines**

By: _____
    Andrew Fisher, Esq.

**Seyfarth Shaw LLP**

By: _____
Krista Green Pratt, BBO # 644741
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Dated: January 20, 2005

---

**Certificate of Service**
I hereby certify that a true copy of the above document was served by first-class mail, postage prepaid, upon the attorney of record for the plaintiff on ~~November 30, 2004~~ 1/20/05 _____
Richard L. Alfred K. Pratt

BO1 15692411.1