IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -3  P 2: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JOHN SOUSOURIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-11628 RCL |
| v. ) | |
| ) | |
| DELTA AIR LINES, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO ADMIT *PRO HAC VICE*

As a member of the bar of this Court, I hereby move the Court pursuant to Local Rule 83.5.3(b) for an order granting Andrew J. Fisher leave to practice in this Court and file an appearance in these actions. Accompanying this motion as Exhibit A is the affidavit of Richard L. Alfred dated February 17, 2005 in which he attests that he is a member in good standing in every jurisdiction where he has been admitted, that there are no disciplinary proceedings pending against him in any jurisdiction and that he is familiar with the Local Rules of this Court.

BO1 15697804.1

Accordingly, I request that the Court grant this motion and admit Andrew J. Fisher *pro hac vice*.

Respectfully submitted,

DELTA AIR LINES, INC.
By its attorneys,

_____
Richard L. Alfred, BBO #015000
Krista Green Pratt, BBO #644741
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800 (phone)
(617) 945-4801 (fax)

Dated: March 2, 2005

### Certificate of Service

I hereby certify that a true copy of the above document was served on Mitchell J. Notis, Esq., Law Office of Mitchell J. Notis, 370 Washington Street, Brookline, Massachusetts 02445, by regular mail, postage prepaid, on March 2, 2005.

_____
Krista Green Pratt

BO1 15697804.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SOUSOURIS, | ) |
| Plaintiff, | ) ) ) ) ) CIVIL ACTION NO. 04-11628 RCL |
| v. | ) |
| DELTA AIR LINES, INC., | ) ) |
| Defendant. | ) ) ) |

**AFFIDAVIT OF RICHARD L. ALFRED IN SUPPORT OF MOTION
TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b) of Massachusetts Local Rules of Civil Procedure, I, Richard L. Alfred, of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210, in support of my Motion to this Court to admit Andrew J. Fisher to practice *pro hac vice* as co-counsel for Defendant, Delta Air Lines, Inc., in the above-referenced matter, state the following:

1. I am a partner in the law firm of Seyfarth Shaw LLP.

2. I have been a member in good standing of the Bar of the Commonwealth of Massachusetts and licensed to practice law in Massachusetts since 1978.

3. I am also admitted to practice and am in good standing before the following courts: United States District Court for the District of Massachusetts and First Circuit Court of Appeals.

4. I have not been denied admission or been disciplined by any other Court nor have I ever resigned from the practice of law.

5.   I have no grievances pending against me in any State or Federal court.

6.   I am familiar with the Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF FEBRUARY, 2005.

By: _____
Richard L. Alfred, BBO #015000
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Tel. (617) 946-4800
Fax (617) 946-4801
e-mail: ralfred@seyfarth.com

Sworn and subscribed to before this 17th day of February, 2005.

_____
Notary Public
My commission expires:



DENISE A. WELDING
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 8/27/2004

BO1 15697805.1