UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -3  P 2: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

JOHN SOUSOURIS,

        Plaintiff,

v.

DELTA AIR LINES, INC.,

        Defendant.

CIVIL ACTION NO. 04-11628 RCL

**AFFIDAVIT OF OUT-OF-STATE COUNSEL
TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b) of Massachusetts Local Rules of Civil Procedure, I, Andrew J. Fisher of Delta Air Lines, Inc., 1030 Delta Boulevard, Department 981, Atlanta, Georgia 30354, in support of Defendant's Motion to this Court that I be admitted *pro hac vice* as counsel for Defendant, Delta Air Lines, Inc. in the above-referenced matter, state the following:

    1.    I have been a member in good standing of the Bar of Georgia and licensed to practice law in Georgia since 1992.

    2.    I am also admitted to practice and am in good standing before the following courts:

        a.    United States District Court for the Northern District of Illinois (1985).

        b.    United States 7th Circuit Court of Appeals (1985).

        c.    United States District Court for the Northern District of Georgia (1994).

        d.    United States 10th Circuit Court of Appeals (1997).

        e.    United States 9th Circuit Court of Appeals (2001).

        f.    United States District Court for the Northern District of Texas (2001).

3.  I have not been denied admission or been disciplined by any other Court nor have I ever resigned from the practice of law.

4.  I have no grievances pending against me.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Massachusetts.

6.  I have acquired special knowledge with respect to claims made by the Plaintiff against the Defendant.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF February, 2005.

By: _____
Andrew J. Fisher (GA Bar No. 261710)

Sworn and subscribed to before this
28 day of February, 2005.

_____
Notary Public
My commission expires:



2

BO1 15697800.1